UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADRIAN ANGEVIN,

                               Plaintiff,

-against-

CITY OF NEW YORK, MICHAEL MCAVOY, individually, JAMES VILAICHIT, individually, ANTHONY CIMMINO, JONATHAN HERBST, individually, MELISSA TACORONTE, individually, individually, and JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being ficititious, as the true names are presently unknown),

                               Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

11CV 4443 (JBW) (RML)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Leventhal & Klein, LLP
Attorneys for Plaintiff
45 Main Street
Brooklyn, New York 11201
718-722-4100

By: _____
Brett H. Klein
Attorney for Plaintiff

Dated: New York, New York
       May 21, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants City, McAvoy,
Herbst, Cimmino, Vilaichit and Tacoronte
100 Church Street, Rm. 3-201
New York, New York 10007

By: _____
Andrew Lucas
Assistant Corporation Counsel

The application is  ✓  granted.
- SO ORDERED         denied
         s/WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: May 21, 2014
       Brooklyn, New York

2